JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COMMITTEE, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, CONTRACT COMPLIANCE FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>            Plaintiffs,<br><br>  v.<br><br>ALTON JAMES WASHINGTON, an individual, doing business as "SIR KUIT ELECTRICAL COMPANY,"<br><br>            Defendant. | CASE NO.: CV 14-06458-MWF<br><br>**JUDGMENT PURSUANT TO ENTRY OF DEFAULT** |

Defendant Alton James Washington ("Defendant") having failed to answer or otherwise respond to the Complaint in this action and his default having been duly entered by the Clerk, NOW, upon the Motion of Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Committee, Contract Compliance Fund, and Los Angeles Electrical Workers Credit Union ("Plaintiffs") and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiffs shall have, and the Clerk is hereby ordered to enter, the following JUDGMENT against Defendant:

1. Judgment in favor of the Plaintiffs in the sum of **$18,584.09** for unpaid fringe benefit contributions, prejudgment interest, and liquidated damages;
2. For auditing costs in the sum of **$1,237.50**;
3. For legal costs in the sum of **$495.00**;
4. For attorney's fees in the sum of **$3,578.60**; and
5. For post-judgment interest at the statutory rate.

Dated:_December 3, 2014
_____

_____
MICHAEL W. FITZGERALD
United States District Judge